UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA PERRY,

                Plaintiff,                  23 **CIVIL** 0279 (PED)

      -v-                                          **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 6, 2023, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and issuance of a new decision.

**Dated:**  New York, New York

       March 6, 2023

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                          **BY:**

                                                 **Deputy Clerk**